**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON KONOPISOS and TARA NORRIS,

Plaintiffs,

v.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, PETER HOMSEY, and BRIAN TOMASOVIC,

Defendants.

Case No. 2:25-cv-05683-MCS-JPR

**JUDGMENT**

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that this action is dismissed with prejudice. Plaintiffs shall take nothing from this case.

**IT IS SO ORDERED.**

Dated: February 2, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1