Joseph Kellener - SBN 299597
Email: jk@dignitylawgroup.com
DIGNITY LAW GROUP
14401 Sylvan St., Suite 102
Van Nuys, CA 91401
Telephone: (818) 901-8600
Facsimile: (844) 901-8601

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JASON KONOPISOS and TARA NORRIS, | Case No.: 2:25-cv-05683-MCS-JPR |
| Plaintiffs, | **PLAINTIFFS' AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| v. | |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; PETER HOMSEY; and BRIAN TOMASOVIC, | Judge: Hon. Mark C. Scarsi |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiffs, Jason Konopisos and Tara Norris, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on February 3, 2026, including the Court's February 2, 2026 Order Re Motion to Dismiss (ECF No. 35), which dismissed Plaintiffs' Second Amended Complaint with prejudice and without leave to amend and directed the Clerk to enter judgment and close the case.

Plaintiffs file this Amended Notice of Appeal pursuant to the Court's May 6, 2026 Order (ECF No. 44), which granted Plaintiffs' motion for relief from the appeal deadline and extended the time to file a notice of appeal to 14 days after entry of that Order.

Plaintiffs previously filed a Notice of Appeal on April 3, 2026, and that appeal remains pending in the United States Court of Appeals for the Ninth Circuit. This Amended Notice of Appeal is filed to comply with the May 6, 2026 Order and to amend and supplement Plaintiffs' prior notice of appeal. Plaintiffs do not intend this filing to initiate a duplicative appeal.

Plaintiffs' Representation Statement is attached to this Amended Notice of Appeal as required by Ninth Circuit Rule 3-2(b).

Dated: May 20, 2026                        DIGNITY LAW GROUP

                                          /s/ Joseph Kellener
                                          Joseph Kellener
                                          Attorneys for Plaintiffs

2

PLAINTIFFS' AMENDED NOTICE OF APPEAL

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiffs-Appellants, Jason Konopisos and Tara Norris, and no other party. Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| **Plaintiffs-Appellants**<br>Jason Konopisos and Tara Norris | Joseph Kellener - SBN 299597<br>Email: jk@dignitylawgroup.com<br>DIGNITY LAW GROUP<br>14401 Sylvan St., Suite 102<br>Van Nuys, CA 91401<br>Telephone: (818) 901-8600<br>Facsimile: (844) 901-8601 |
| **Defendants-Appellees**<br>South Coast Air Quality<br>Management District; Peter<br>Homsey; and Brian Tomasovic | Dean B. Shaffer<br>Email: dean.shaffer@halpernmay.com<br>Kevin H. Scott<br>Email: kevin.scott@halpernmay.com<br>550 S. Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>Telephone: (213) 402-1900 |

Dated: May 20, 2026          DIGNITY LAW GROUP

/s/ Joseph Kellener
Joseph Kellener
Attorneys for Plaintiffs

3

PLAINTIFFS' AMENDED NOTICE OF APPEAL

**CERTIFICATE OF SERVICE**

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Case Name: Jason Konopisos and Tara Norris v. South Coast Air Quality Management District, et al.

Case No.: 2:25-cv-05683-MCS-JPR

IT IS HEREBY CERTIFIED THAT:

I am a citizen of the United States and am at least eighteen years of age. My business address is 14401 Sylvan St., Suite 102, Van Nuys, California 91401.

I am not a party to the above-entitled action. On May 20, 2026, I caused service of PLAINTIFFS' AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT on all counsel of record by electronically filing the foregoing with the Clerk of the District Court using the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2026.

/s/ Joseph Kellener
Joseph Kellener

4

CERTIFICATE OF SERVICE